## OFFICER'S RETURN

STATE OF CONNECTICUT

                ss: Hartford,              June 2, 2025

COUNTY OF HARTFORD

    Then and there by virtue hereof, on June 2, 2025, I served the within named defendant, **Yale New Haven Health System,** by leaving a true and attested copy of original SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT, NOTICE OF ELECTRONIC FILING, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A AND NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, with and in the hands of its Agent for Service, **Deneen L. Seifel, Corporation Service Company, Goodwin Square, 225 Asylum Street, 20th Floor, Hartford, CT 06103,** with my endorsements thereon.

    The within and foregoing is original SUMMONS IN A CIVIL CASE, CLASS ACTION COMPLAINT, NOTICE OF ELECTRONIC FILING, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A AND NOTICE OF OPTION TO CONSENT TO MAGISTRATE JUDGE JURISDICTION, with my doings hereon endorsed.

ATTEST:

*[signature]*

PETER J. PRIVITERA
CT STATE MARSHAL
HARTFORD COUNTY

**Case No:** 3:25-CV-00821-SRU

**Fees:**

| | |
|---|---|
| Service Fee | $ 50.00 |
| Copy | 48.00 |
| Endorsements | 1.50 |
| Travel | 22.00 |
| | **$ 121.50** |