AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Eric Maglione | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:25-cv-00821-SRU |
| Yale New Haven Health System | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Maglione, individually and on behalf of all others similarly situated                              .

Date:       06/11/2025

/s/ Alec Blaine Finley, Jr.
*Attorney's signature*

Alec Blaine Finley, Jr./phv20873
*Printed name and bar number*

Finley PLLC
1455 Pennsylvania Avenue, NW
Suite 400
Washington, D.C. 20004
*Address*

bfinley@finley-pllc.com
*E-mail address*

(281) 723-7904
*Telephone number*

**N/A**
*FAX number*