UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC MAGLIONE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>YALE NEW HAVEN HEALTH,<br><br>    Defendant. | Case No.: 3:25-cv-00821-SRU<br><br>Judge Stefan R. Underhill |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Class Action Complaint. The Court, having considered the Motion, finds there is good cause and that Defendant's motion should be **GRANTED**. It is therefore:

**ORDERED** that Defendant's Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Class Action Complaint is **GRANTED**. It is further:

**ORDERED** that Defendant's original answer or other responsive pleading shall be filed on or before **July 23, 2025.**

                                                                                    PRESIDING JUDGE