**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ERIC MAGLIONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YALE NEW HAVEN HEALTH SYSTEM,<br><br>Defendant. | Case No.: 3:25-cv-00821-SRU |

**STATUS REPORT**

Plaintiff Eric Maglione, having now reviewed and agreed to a proposed settlement agreement filed in *Nathanson v. Yale New Haven Health Services Corp.*, No. 3:25-cv-00609 (D. Conn.) at Dkt. 69, does not oppose Defendant's motion, filed in the instant matter at Dkt. 22, to stay this matter pending potential approval of the class action settlement.

Dated: September 12, 2025          Respectfully submitted,

By:   */s/ Blaine Finley*
      Blaine Finley (*pro hac vice*)
      **FINLEY PLLC**
      1455 Pennsylvania Avenue, NW
      Suite 400
      Washington, D.C. 20004
      Tel.: (281) 723-7904
      bfinley@finley-pllc.com

      Richard E. Hayber
      **HAYBER, MCKENNA & DINSMORE, LLC**
      750 Main Street
      Suite 904
      Hartford, CT 06103
      Tel.: (860) 522-8888
      rhayber@hayberlawfirm.com

      *Counsel for Plaintiff Eric Maglione*